IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELISA WOLTER and MARIA G. BOK, by her daughter and next friend ELISA WOLTER, individually and on behalf of a class, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 16-cv-04205 Honorable Judge Robert W. Gettleman |
| v. | ) ) | Magistrate Judge Valdez |
| ANSELMO LINDBERG OLIVER LLC, | ) ) | |
| Defendant. | ) | |

## STIPULATION

Defendant Anselmo Lindberg Oliver, LLC, hereby stipulates that it will not make any offer or tender to Plaintiffs, including but not limited to an offer pursuant to Fed. R. Civ. P. 68, or tender, or a deposit of the full amount of the plaintiffs' individual claim in an account payable to the plaintiffs.

However, this stipulation does not preclude Defendant from serving an offer or tender to Plaintiffs in the following circumstances: (1) If Defendant sends all counsel of record for Plaintiffs an e-mail notifying Plaintiffs that Defendant intend to serve an offer or tender on an individual basis, then Defendant may serve such tender or offer beginning on the seventh day after the e-mail notification was sent (but not before such time); (2) Defendant may serve an offer or tender on a class wide basis at any time. In consideration of the foregoing, Plaintiffs stipulate to withdraw the pending motion for class certification without prejudice.

Respectfully submitted,


s/Michelle A. Alyea
Michelle A. Alyea
One of the Attorneys for Plaintiff

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER,
& GOODWIN, LLC
20 S. Clark Street
Suite 1500
Chicago, Illinois 60603
(312)739-4200

s/Jason L. Santos
Jason L. Santos
One of the Attorneys for Defendant Anselmo Lindberg Oliver, LLC

David M Schultz
Jason L Santos
Justin Penn
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3527
Fax: (312)704-3001
dschultz@hinshawlaw.com
jsantos@hinshawlaw.com
jpenn@hinshawlaw.com

**CERTIFICATE OF SERVICE**

      I, Michelle A. Alyea, hereby certify that on June 17, 2016, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to each of the following parties:

David M Schultz (dschultz@hinshawlaw.com)
Jason L Santos (jsantos@hinshawlaw.com)
Justin Penn (jpenn@hinshawlaw.com)

                                                  s/Michelle A. Alyea
                                                  Michelle A. Alyea


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER,
& GOODWIN, LLC
20 S. Clark Street
Suite 1500
Chicago, Illinois 60603
(312)739-4200