**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ELISA WOLTER and MARIA G. BOK,    )
by her daughter and next friend ELISA    )
WOLTER, individually and on    )
Behalf of a class,    )    Case No. 16-cv-04205
    Plaintiffs,    )    Honorable Judge Robert W. Gettleman
    v.    )    Magistrate Judge Valdez
    )
ANSELMO LINDBERG OLIVER LLC,    )
    Defendant.    )

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY**

Plaintiff Elisa Wolter, by counsel, hereby moves pursuant to Federal Rule of Civil Procedure 25(a) that the Court substitute her, as Representative of the Estate of Maria Bok, as plaintiff for Maria Bok.

In support of this motion, Plaintiff states:

1.    Maria Bok passed away on or about December 17, 2016.

2.    Counsel for plaintiff informed the Court of the death on December 30, 2017. (*Dkt.* #41)

3.    Elisa Wolter is the daughter of Plaintiff Bok and is already a party to this case.

4.    Plaintiff Wolter handled the affairs of Plaintiff Bok prior to her death and is very acquainted with the facts of the case.

5.    Plaintiff has acted in this litigation as the next friend of Plaintiff Bok since the outset of the litigation.

6.    Plaintiff Wolter is an heir of Plaintiff Bok.

7.    On March 30, 2017, Elisa Wolter executed a Small Estate Affidavit pursuant to the Illinois Probate Act. (Exhibit A).

8.     Plaintiff Wolter agrees to distribute any award in this case as stated in the Small Estate Affidavit.

WHEREFORE, Plaintiff Elisa Wolter respectfully requests that the Court enter an order substituting Elisa Wolter, as Representative of the Estate of Maria Bok, as plaintiff in this matter for Maria Bok.


Respectfully submitted,

s/Michelle A. Alyea
Michelle A. Alyea

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200

## <u>CERTIFICATE OF SERVICE</u>

I, Michelle A. Alyea, hereby certify that on March 30, 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>s/Michelle A. Alyea</u>
Michelle A. Alyea