# EXHIBIT A

AN AFFIDAVIT TO JESSE WHITE, THE SECRETARY OF THE STATE OF ILLINOIS, PURSUANT TO 755 ILCS 5/ART. XXV OF THE PROBATE ACT, ILLINOIS COMPILED STATUTES, AS AMENDED BY PUBLIC ACT 98-0836 (EFF. 1-1-15).

STATE OF ILLINOIS

COUNTY OF COOK

## SMALL ESTATE AFFIDAVIT

I, Elisa Wolter _____ (name of affiant), on oath state:

1. (a) My post office address is: _____

   (b) My residence address is: _____ ; and

   (c) I understand that if I am an out-of-state resident I submit myself to the jurisdiction of Illinois courts for all matters related to the preparation and use of this affidavit. My agent for service of process in Illinois is:

NAME: _____ ADDRESS: _____

CITY: _____ TELEPHONE: _____

I understand that if no person is named above as my agent for service or, if for any reason, service on the named person cannot be effectuated, the Clerk of the Circuit Court of _____ (County) _____ (Judicial Circuit) Illinois is recognized by Illinois law as my agent for service of process.

2. The decedent's name is Maria Bok _____

3. The date of the decedent's death was December 17, 2016 _____ and I have attached a copy of the death certificate hereto.

4. The decedent's place of residence immediately before his/her death was _____

5. No letters of office are now outstanding on the decedent's estate, and no petition for letters is contemplated or pending in Illinois or in any other jurisdiction, to my knowledge.

6. The gross value of the decedent's entire personal estate, including the value of all property passing to any party either by intestacy or under a will, does not exceed $100,000 in value and consists of the following (list each asset and its fair market value):

Real Property at 1402 Belle Haven Dr., Grayslake, IL 60030 - fair market value $0 (foreclosure judgment entered);

Including vehicle(s) described below:

| Make of Vehicle | Body Type | Year Model | Vehicle Identification Number |
|---|---|---|---|
| | | | |
| Make of Vehicle | Body Type | Year Model | Vehicle Identification Number |

Last licensed in the State of Illinois in (Year) _____ License Plate Number(s) _____

7. Mark (X) either (a) or (b): (a) ☐ All the decedent's funeral expenses and other debts have been paid, or (b) ☑ All the decedent's known unpaid debts are listed and classified as follows:

**Class 1:** Funeral and burial expenses, which include reasonable amounts paid for a burial space, crypt, or niche; a marker on the burial space; and care of the burial space, crypt, or niche; expenses of administration; and statutory custodial claims:

Name _____

Post Office Address _____ Amount $ _____

**Class 2:** Surviving spouse's award or child's award, if applicable:

Name _____

Post Office Address _____ Amount $ _____

**Class 3:** Debts due the United States:

Name _____

Post Office Address _____ Amount $ _____

**Class 4:** Money due employees of the decedent of not more than $800 for each claimant for services rendered within four (4) months prior to the decedent's death and expenses attending the last illness:

Name _____

Post Office Address_____Amount $_____

**Class 5:** Money and property received or held in trust by the decedent that cannot be identified or traced:

Name _____

Post Office Address_____Amount $_____

**Class 6:** Debts due the State of Illinois and any county, township, city, town, village, or school district located within Illinois:

Name _____

Post Office Address_____Amount $_____

**Class 7:** All other claims:

Name  See Attached _____

Post Office Address_____Amount $_____

7.5   *I understand that all valid claims against the decedent's estate described in paragraph 7 must be paid by me from the decedent's estate before any distribution is made to any heir or legatee. I further understand that the decedent's estate should pay all claims in the order set forth above, and if the decedent's estate is insufficient to pay the claims in any one class, the claims in that class shall be paid pro rata.*

8.    There is no known unpaid claimant or contested claim against the decedent except as stated in paragraph 7.

9.    (a)  The names and places of residence of any surviving spouse, minor children and adult dependent* children of the decedent are as follows:

| Name and Relationship | Place of Residence | Age of Minor Child |
|---|---|---|
| | | |
| | | |
| | | |

*(Note: An adult dependent child, is one who is unable to maintain himself and is likely to become a public charge.)*

   (b)  The award allowable to the surviving spouse of a decedent who was an Illinois resident is $ _____

   ($20,000, plus $10,000 multiplied by the number of minor children and adult dependent children who resided with the surviving spouse at the time of the decedent's death. If any such child did not reside with the surviving spouse at the time of the decedent's death, so indicate in 9(a)}.

   (c)  If there is no surviving spouse, the award allowable to the minor children and adult dependent children of a decedent who was an Illinois resident is $ _____ ($20,000, plus $10,000 multiplied by the number of minor children and adult dependent children), to be divided among them in equal shares.

10.   Mark (X) either 10(a) or 10(b):

   [✔] (a)  The decedent left no will. The names, places of residence and relationships of the decedent's heirs, and the portion of the estate to which each heir is entitled under the law where decedent died intestate are as follows:

| Name, Relationship and Place of Residence | Age of Minor | Portion of Estate |
|---|---|---|
| Elisa Wolter (daughter) ▓▓▓▓▓▓ | | one third |
| Andrew Bok (son) ▓▓▓▓▓▓ | | one third |
| Genevieve Slawson (granddaughter) ▓▓▓▓▓▓ | | one third |

   [ ] (b)  The decedent left a will, which has been filed with the clerk of an appropriate court. A certified copy of the will on file is attached. To the best of my knowledge and belief the will on file is the decedent's last will and was signed by the decedent and the attesting witnesses as required by law and would be admittable to probate. The names and places of residence of the legatees and the portion of the estate, if any, to which each legatee is entitled are as follows:

| Name, Relationship and Place of Residence | Age of Minor | Portion of Estate |
|---|---|---|
| | | |
| | | |

   (c)  Affiant is unaware of any dispute or potential conflict as to the heirship or will of the decedent.

10.3 My relationship to the decedent or the decedent's estate is: daughter                                                                              .

10.5 I understand that the decedent's estate must be distributed first to satisfy claims against the decedent's estate as set forth in paragraph 7.5 of this affidavit before any distribution is made to any heir or legatee. By signing this affidavit, I agree to indemnify and hold harmless all creditors of the decedent's estate, the decedent's heirs and legatees, and other persons, corporations, or financial institutions relying upon this affidavit who incur any loss because of reliance on this affidavit, up to the amount lost because of any act or omission by me. I further understand that any person, corporation, or financial institution recovering under this indemnification provision shall be entitled to reasonable attorney's fees and the expenses of recovery.

11.   After payment by me from the decedent's estate of all debts and expenses listed in paragraph 7, any remaining property described in paragraph 6 of this affidavit should be transferred to (NAME) Elisa Wolter                                                  

(ADDRESS) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                              ;

this affidavit is made to induce Jesse White, Secretary of State of Illinois, to issue a Certificate of Title to the vehicle to the assignee.

The foregoing statement is made under the penalties of perjury. (Note: A fraudulent statement made under the penalties of perjury is perjury, as defined in Section 32-2 of the Criminal Code of 2012.)

_Elisa Wolt_                                    _3/30/17_
Signature of Affiant                              Date

Subscribed and sworn to before me this ____30th____ day of ___March___, _2017_.

_Kimberly R. Zabitski_
                    Notary Public

                                                  (SEAL)

KIMBERLY R. ZABITSKI
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
April 01, 2017

7. (continued)

Class 7: All other claims:

| | |
|---|---|
| Name: Nationstar Mortgage | Amount: $72,000 |
| Name: Merrick Bank | Amount: $990 |
| Name: CCS/Bryant St | Amount: $879 |
| Name: CACH LLC | Amount: $705 |
| Name: Portfolio | Amount: $680 |
| Name: Portfolio RC | Amount: $680 |
| Name: LVNV Funding | Amount: $662 |

# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER** 2016 0098960 | **DATE ISSUED** 12/20/2016

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| MARIA G BOK | FEMALE | DECEMBER 17, 2016 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| COOK | 77 YEARS | ▬▬▬▬ |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| DES PLAINES | ALDEN DES PLAINES REHAB & HC |

**PLACE OF DEATH**
NURSING HOME / LONG TERM CARE FACILITY

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| MEXICO | ▬▬▬ | WIDOWED | | NO |

| RESIDENCE | APT NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| ▬▬▬ | | ▬▬▬ | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| COOK | IL | 60091 | JOSE ALVARADO VAQUERO | MARIA DEL RUFUGIO GONZALEZ |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| ELISA WOLTER | DAUGHTER | ▬▬▬ |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| BURIAL | MARYHILL CATHOLIC CEMETERY | NILES, IL | DECEMBER 21, 2016 |

**FUNERAL HOME**
FRIEDRICHS FUNERAL HOME INC., 320 W CENTRAL ROAD, MT PROSPECT, IL, 60056

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| THOMAS J NOLAN | 034011952 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| DAVID ORR | DECEMBER 20, 2016 |

**CAUSE OF DEATH** PART I

| | | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. | PNEUMOCYSTIS PNEUMONIA | |
| | b. | Due to (or as a consequence of) | |
| | c. | Due to (or as a consequence of) | |
| | | Due to (or as a consequence of) | |

**PART II.** Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.
IDIOPATHIC THROMBOCYTOPENIC PURPURA

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

**LOCATION OF INJURY**

| DESCRIBE HOW INJURY OCCURRED | IF TRANSPORTATION INJURY, SPECIFY |
|---|---|
| | |

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| YES | DECEMBER 14, 2016 | NO | | 10:30 AM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | DECEMBER 20, 2016 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| KATHERINE KATSOYANNIS, 1600 W DEMPSTER, STE 120A, PARK RIDGE, ILLINOIS, 60068 | 036096130 |



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.



David Orr
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*(Left margin: THE WORD VOID APPEARS WHEN PHOTOCOPIED)*

*(Right margin: NOTE: EMBOSSED STATE AND COUNTY SEALS AT BOTTOM)*