## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Elisa Wolter, et al.

                                    Plaintiff,

v.                                                                   Case No.: 1:16−cv−04205
                                                                     Honorable Robert W. Gettleman

Anselmo Lindberg Oliver LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 24, 2017:

        MINUTE entry before the Honorable Robert W. Gettleman:Motion for extension of time is granted. Response to defendant's motion for summary judgment is due by 7/28/2017. Reply is due by 8/11/2017. Telephone notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.