# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Elisa Wolter, et al.
                              Plaintiff,

v.                                        Case No.: 1:16−cv−04205
                                          Honorable Robert W. Gettleman

Anselmo Lindberg Oliver LLC
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 25, 2017:

    MINUTE entry before the Honorable Robert W. Gettleman: Status hearing date of 9/28/2017 is stricken. The Court will rule by mail. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.